USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

                        Plaintiff,

        -against-

JOHN DOE subscriber assigned IP address :
100.2.212.142,

                        Defendant.
-----------------------------------------------------------------X

23-CV-5436 (LAK) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on January 31, 2024 (doc. no 12) the Initial Case Management Conference currently scheduled for **March 5, 2024** is hereby adjourned *sine die*.

                         **SO ORDERED.**

DATED:      New York, New York
               February 1, 2024

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge